```
                                    United States Bankruptcy Court
                                      Northern District of Ohio
In re:                                                                      Case No. 19-61858-rk
Ashley D. Schramm                                                           Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0647-6           User: dhaid                 Page 1 of 1         Date Rcvd: Sep 12, 2019
                               Form ID: 259                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db              +Ashley D. Schramm,    11590 Market St,    Uniontown, OH 44685-9459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Anne Piero Silagy, Esq.    asilagycourt@neo.rr.com, asilagy@ecf.axosfs.com
              Rebecca J. Sremack    on behalf of Debtor Ashley D. Schramm rebecca@sremacklaw.com
                                                                                             TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 19−61858−rk**

**In re:**
Ashley D. Schramm
**Aka** −Ashley Deova Schramm, Ashley Ford
Schramm
11590 Market St
Uniontown, OH 44685

**Social Security No.:**
xxx−xx−5259

# MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on September 11, 2019. The petition is missing the following required documents:

Employee Income Records, Summary of Assets and Liabilities, Schedules A−J, Declaration of Debtor, Statement of Financial Affairs, Chapter 7 Means Test, Attorney Disclosure of Compensation.

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date September 25, 2019.

**Dated:** September 12, 2019  
Form ohnb259

For the Court  
Josiah C. Sell (Acting), Clerk