```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                         Case No. 19-61858-rk
Ashley D. Schramm                                              Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0647-6      User: admin              Page 1 of 1              Date Rcvd: Sep 13, 2019
                          Form ID: 309A            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
```
db            +Ashley D. Schramm,    11590 Market St,    Uniontown, OH 44685-9459
26231492      +AT&T Uverse,    208 S Akard St,    Dallas, TX 75202-4206
26231496      +CNAC OH130,    777 Canton Rd,    Akron, OH 44312-2606
26231495      +Cassandra Schramm,    148 Moore Rd,    Akron, OH 44319-3732
26231497      +Dominion Energy,    120 Tredegar St,    Richmond, VA 23219-4306
26231498      +GC Services,    6330 Gulfton St,    Houston, TX 77081-1198
26231502      +Sam Pankonien,    c/o Iron County Sheriff's Office,    #2 South Sixth Street,
                Crystal Falls, MI 49920-1442
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: rebecca@sremacklaw.com Sep 13 2019 22:32:27      Rebecca J. Sremack,
                Sremack Law Firm,    2745 S. Arlington Road,    Akron, OH  44312
tr            +EDI: QAPSILAGY.COM Sep 14 2019 02:08:00      Anne Piero Silagy, Esq.,    Canton,
                1225 South Main Street Suite 1,    North Canton, OH 44720-4247
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Sep 13 2019 22:34:09      Cynthia J. Thayer,
                US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
26231494      +EDI: CAPITALONE.COM Sep 14 2019 02:08:00      Capital One Bank USA NA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
26231499       EDI: IIC9.COM Sep 14 2019 02:08:00      IC Systems Collections,    PO Box 64378,
                Saint Paul, MN 55164-0378
26231503      +EDI: NEXTEL.COM Sep 14 2019 02:08:00      Sprint,    6480 Sprint Pkwy,
                Overland Park, KS 66251-6106
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26231493*     +AT&T Uverse,    208 S Akard St,    Dallas, TX 75202-4206
26231500*      IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
26231501*      IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Anne Piero Silagy, Esq.    asilagycourt@neo.rr.com, asilagy@ecf.axosfs.com
              Rebecca J. Sremack    on behalf of Debtor Ashley D. Schramm rebecca@sremacklaw.com
                                                                                             TOTAL: 2

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Ashley D. Schramm** | Social Security number or ITIN **xxx–xx–5259** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter **7    9/11/19** |
| Case number: | **19–61858–rk** | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Ashley D. Schramm | |
| **2.** | **All other names used in the last 8 years** | aka Ashley Deova Schramm, aka Ashley Ford Schramm | |
| **3.** | **Address** | 11590 Market St<br>Uniontown, OH 44685 | |
| **4.** | **Debtor's attorney**<br>Name and address | Rebecca J. Sremack<br>Sremack Law Firm<br>2745 S. Arlington Road<br>Akron, OH 44312 | Contact phone 330–644–0061<br><br>Email: rebecca@sremacklaw.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Anne Piero Silagy Esq.<br>Canton<br>1225 South Main Street Suite 1<br>North Canton, OH 44720 | Contact phone (330) 526–8221<br><br>Email: asilagycourt@neo.rr.com |
**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | Ralph Regula U.S. Courthouse 401 McKinley Avenue SW Canton, OH 44702 | 9:00 AM – 4:00 PM Contact phone 330–458–2120 Date: 9/13/19 |
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 29, 2019 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification required *** *** Proof of Social Security Number required *** | Location: **U.S. Bankruptcy Court, Room 194, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW, Canton, OH 44702** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/30/19** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |