IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CANTON)

| | |
|---|---|
| In re: | CHAPTER 7 CASE NO. 19-61858 |
| **ASHLEY D. SCHRAMM,** | JUDGE: RUSS KENDIG |
| Debtor. | CERTIFICATE OF SERVICE TO NEWLY ADDED CREDITOR |

Ashley D. Schramm, through counsel, certifies that the Amended Voluntary Petition and Notice of 341 Meeting of Creditors was served by regular mail, postage prepaid, this 25th day of September, 2019, upon the following newly added creditor:

Pathology Laboratories
33 North Ave #101
Tallmadge, OH 44278

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: (330) 644-0061
Fax: (330) 644-7241
info@sremacklaw.com
*Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Certificate of Service to Newly Added Creditor* was filed electronically this 25th day of September, 2019, and thereby served upon:

U.S. Trustee (*via ECF*)
Trustee Ann Piero Silagy, Esq. (*via ECF*)

It was also served this same day by regular mail, postage prepaid, upon the newly added creditor identified above.

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Attorney for Debtor*