The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 08/04/2019 | 08/17/2019 | 08/23/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 601.20 | 19,877.98 | 0.00 | 4,412.57 | 3,807.64 | 11,657.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Attendance Recognition | | | | | 8 | 128.00 |
| Caregiver Time Off | | | | | 80 | 1,280.00 |
| Family Time Off | | | | | 160 | 2,560.00 |
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 599.8 | 9,076.38 |
| OT_Retail Incentive Plan | | | | | 0 | 600.00 |
| Overtime (1x) | | | | | 1.4 | 52.40 |
| Overtime - FLSA Premium | | | | | 1.4 | 26.20 |
| Paid Time Off | | | | | 128 | 1,936.00 |
| STD 100 | | | | | 232 | 3,712.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 0.00 | | 19,877.98 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 1,232.43 |
| Medicare | 0.00 | 286.23 |
| Federal Withholding | | 2,047.66 |
| State Tax (Work) - OH | | 446.68 |
| City Tax - STOW | | 397.57 |
| Colleague Taxes | 0.00 | 4,412.57 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | | 767.98 |
| Creditor Garnishment (18CVG07362) | 0.00 | 3,039.66 |
| Post-Tax Deductions | 0.00 | 3,807.64 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | | 959.99 |
| Employer Paid Benefits | 0.00 | 959.99 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 19,877.98 |
| Medicare - Taxable Wages | 0.00 | 19,877.98 |
| Federal Withholding - Taxable Wages | 0.00 | 19,877.98 |
| State Tax (Work) Taxable Wages - OH | 0.00 | 19,877.98 |
| City Tax Taxable Wages - STOW | 0.00 | 19,877.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 0 |
| Bereavement Plan | 4 | 4 | 0 |
| Details Not Displayed | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 0.00 USD |

**The Huntington National Bank** 41 South High Street Columbus, OH 43215
Ashley Schramm 11590 Market Ave NE Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 07/21/2019 | 08/03/2019 | 08/09/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.77 | 1,687.48 | 0.00 | 385.46 | 391.67 | 910.35 |
| YTD | 601.20 | 19,877.98 | 0.00 | 4,412.57 | 3,807.64 | 11,657.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Attendance Recognition | 07/21/2019-08/03/2019 | 8 | 16 | 128.00 | 8 | 128.00 |
| Caregiver Time Off | | | | | 80 | 1,280.00 |
| Family Time Off | | | | | 160 | 2,560.00 |
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | 07/21/2019-07/27/2019 | 40 | 16 | 640.00 | | |
| Time Entry Wages | 07/28/2019-08/03/2019 | 39.3667 | 16 | 629.88 | 599.8 | 9,076.38 |
| OT_Retail Incentive Plan | | | | | 0 | 600.00 |
| Overtime (1x) | 07/21/2019-07/27/2019 | 1.4 | 16 | 22.40 | 1.4 | 52.40 |
| Overtime - FLSA Premium | 07/21/2019-07/27/2019 | 1.4 | 24 | 11.20 | 1.4 | 26.20 |
| Paid Time Off | 07/21/2019-08/03/2019 | 16 | 16 | 256.00 | 128 | 1,936.00 |
| Details Not Displayed | | | | 0.00 | | 3,739.00 |
| Earnings | | | | 1,687.48 | | 19,877.98 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 104.62 | 1,232.43 |
| Medicare | 24.47 | 288.23 |
| Federal Withholding | 179.80 | 2,047.66 |
| State Tax (Work) - OH | 42.82 | 446.68 |
| City Tax - STOW | 33.75 | 397.57 |
| Colleague Taxes | 385.46 | 4,412.57 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 66.16 | 767.98 |
| Creditor Garnishment (18CVG07362) | 325.51 | 3,039.66 |
| Post-Tax Deductions | 391.67 | 3,807.64 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 82.70 | 959.99 |
| Employer Paid Benefits | 82.70 | 959.99 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,687.48 | 19,877.98 |
| Medicare - Taxable Wages | 1,687.48 | 19,877.98 |
| Federal Withholding - Taxable Wages | 1,687.48 | 19,877.98 |
| State Tax (Work) Taxable Wages - OH | 1,687.48 | 19,877.98 |
| City Tax Taxable Wages - STOW | 1,687.48 | 19,877.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 8 | 0 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 16 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 910.35 | USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 07/21/2019 | 08/03/2019 | 08/09/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 520.43 | 18,190.50 | 0.00 | 4,027.11 | 3,415.97 | 10,747.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Caregiver Time Off | | | | | 80 | 1,280.00 |
| Family Time Off | | | | | 160 | 2,560.00 |
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 600.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 112 | 1,680.00 |
| STD 100 | | | | | 232 | 3,712.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 0.00 | | 18,190.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 1,127.81 |
| Medicare | 0.00 | 263.76 |
| Federal Withholding | | 1,867.86 |
| State Tax (Work) - OH | | 403.86 |
| City Tax - STOW | | 363.82 |
| Colleague Taxes | 0.00 | 4,027.11 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | | 701.82 |
| Creditor Garnishment (18CVG07362) | 0.00 | 2,714.15 |
| Post-Tax Deductions | 0.00 | 3,415.97 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | | 877.29 |
| Employer Paid Benefits | 0.00 | 877.29 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 18,190.50 |
| Medicare - Taxable Wages | 0.00 | 18,190.50 |
| Federal Withholding - Taxable Wages | 0.00 | 18,190.50 |
| State Tax (Work) Taxable Wages - OH | 0.00 | 18,190.50 |
| City Tax Taxable Wages - STOW | 0.00 | 18,190.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 8 | 0 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 16 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 0.00 | USD |

**The Huntington National Bank**   41 South High Street   Columbus, OH 43215
Ashley Schramm   11590 Market Ave NE   Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 07/07/2019 | 07/20/2019 | 07/20/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 768.00 | 0.00 | 153.63 | 184.31 | 430.06 |
| YTD | 520.43 | 18,190.50 | 0.00 | 4,027.11 | 3,415.97 | 10,747.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Caregiver Time Off | 07/07/2019-07/20/2019 | 48 | 16 | 768.00 | 80 | 1,280.00 |
| Family Time Off | | | | | 160 | 2,560.00 |
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 600.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 112 | 1,680.00 |
| STD 100 | | | | | 232 | 3,712.00 |
| Travel | | | | | 1.8 | 27.00 |
| **Earnings** | | | | **768.00** | | **18,190.50** |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 47.61 | 1,127.81 |
| Medicare | 11.13 | 263.76 |
| Federal Withholding | 67.16 | 1,867.86 |
| State Tax (Work) - OH | 12.37 | 403.86 |
| City Tax - STOW | 15.36 | 363.82 |
| **Colleague Taxes** | **153.63** | **4,027.11** |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 30.72 | 701.82 |
| Creditor Garnishment (18CVG07362) | 153.59 | 2,714.15 |
| **Post-Tax Deductions** | **184.31** | **3,415.97** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 38.40 | 877.29 |
| **Employer Paid Benefits** | **38.40** | **877.29** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 768.00 | 18,190.50 |
| Medicare - Taxable Wages | 768.00 | 18,190.50 |
| Federal Withholding - Taxable Wages | 768.00 | 18,190.50 |
| State Tax (Work) Taxable Wages - OH | 768.00 | 18,190.50 |
| City Tax Taxable Wages - STOW | 768.00 | 18,190.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 430.06 USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 06/23/2019 | 07/06/2019 | 07/12/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,280.00 | 0.00 | 281.00 | 300.95 | 698.05 |
| YTD | 520.43 | 17,422.50 | 0.00 | 3,873.48 | 3,231.66 | 10,317.36 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Caregiver Time Off | 06/23/2019-07/06/2019 | 32 | 16 | 512.00 | 32 | 512.00 |
| Family Time Off | 06/23/2019-07/06/2019 | 48 | 16 | 768.00 | 160 | 2,560.00 |
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 600.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 112 | 1,680.00 |
| STD 100 | | | | | 232 | 3,712.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 1,280.00 | | 17,422.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 79.36 | 1,080.20 |
| Medicare | 18.56 | 252.63 |
| Federal Withholding | 128.60 | 1,800.70 |
| State Tax (Work) - OH | 28.88 | 391.49 |
| City Tax - STOW | 25.60 | 348.46 |
| Colleague Taxes | 281.00 | 3,873.48 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 51.20 | 671.10 |
| Creditor Garnishment (18CVG07362) | 249.75 | 2,560.56 |
| Post-Tax Deductions | 300.95 | 3,231.66 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 64.00 | 838.89 |
| Employer Paid Benefits | 64.00 | 838.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,280.00 | 17,422.50 |
| Medicare - Taxable Wages | 1,280.00 | 17,422.50 |
| Federal Withholding - Taxable Wages | 1,280.00 | 17,422.50 |
| State Tax (Work) Taxable Wages - OH | 1,280.00 | 17,422.50 |
| City Tax Taxable Wages - STOW | 1,280.00 | 17,422.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 698.05 USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 06/09/2019 | 06/22/2019 | 06/28/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,280.00 | 0.00 | 281.00 | 300.95 | 698.05 |
| YTD | 520.43 | 16,142.50 | 0.00 | 3,592.48 | 2,930.71 | 9,619.31 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Family Time Off | 06/09/2019-06/22/2019 | 80 | 16 | 1,280.00 | 112 | 1,792.00 |
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 600.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 112 | 1,680.00 |
| STD 100 | | | | | 232 | 3,712.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 1,280.00 | | 16,142.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 79.36 | 1,000.84 |
| Medicare | 18.56 | 234.07 |
| Federal Withholding | 128.60 | 1,672.10 |
| State Tax (Work) - OH | 28.88 | 362.61 |
| City Tax - STOW | 25.60 | 322.86 |
| Colleague Taxes | 281.00 | 3,592.48 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 51.20 | 619.90 |
| Creditor Garnishment (18CVG07362) | 249.75 | 2,310.81 |
| Post-Tax Deductions | 300.95 | 2,930.71 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 64.00 | 774.89 |
| Employer Paid Benefits | 64.00 | 774.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,280.00 | 16,142.50 |
| Medicare - Taxable Wages | 1,280.00 | 16,142.50 |
| Federal Withholding - Taxable Wages | 1,280.00 | 16,142.50 |
| State Tax (Work) Taxable Wages - OH | 1,280.00 | 16,142.50 |
| City Tax Taxable Wages - STOW | 1,280.00 | 16,142.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 698.05 USD |

## Pay Statement

**The Huntington National Bank** 41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 05/26/2019 | 06/08/2019 | 06/14/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,280.00 | 0.00 | 281.00 | 300.95 | 698.05 |
| YTD | 520.43 | 14,862.50 | 0.00 | 3,311.48 | 2,629.76 | 8,921.26 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Family Time Off | 05/26/2019-06/08/2019 | 32 | 16 | 512.00 | 32 | 512.00 |
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 600.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 112 | 1,680.00 |
| STD 100 | 05/26/2019-06/08/2019 | 48 | 16 | 768.00 | 232 | 3,712.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 1,280.00 | | 14,862.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 79.36 | 921.48 |
| Medicare | 18.56 | 215.51 |
| Federal Withholding | 128.60 | 1,543.50 |
| State Tax (Work) - OH | 28.88 | 333.73 |
| City Tax - STOW | 25.60 | 297.26 |
| Colleague Taxes | 281.00 | 3,311.48 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 51.20 | 568.70 |
| Creditor Garnishment (18CVG07362) | 249.75 | 2,061.06 |
| Post-Tax Deductions | 300.95 | 2,629.76 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 64.00 | 710.89 |
| Employer Paid Benefits | 64.00 | 710.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,280.00 | 14,862.50 |
| Medicare - Taxable Wages | 1,280.00 | 14,862.50 |
| Federal Withholding - Taxable Wages | 1,280.00 | 14,862.50 |
| State Tax (Work) Taxable Wages - OH | 1,280.00 | 14,862.50 |
| City Tax Taxable Wages - STOW | 1,280.00 | 14,862.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 698.05 | USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 05/12/2019 | 05/25/2019 | 05/31/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 240.00 | 0.00 | 84.36 | 0.00 | 155.64 |
| YTD | 520.43 | 12,302.50 | 0.00 | 2,749.48 | 2,027.86 | 7,525.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | 05/12/2019-05/18/2019 | 0 | 0 | 240.00 | 0 | 600.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 112 | 1,680.00 |
| STD 100 | | | | | 104 | 1,664.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 240.00 | | 12,302.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 14.88 | 762.76 |
| Medicare | 3.48 | 178.39 |
| Federal Withholding | 52.80 | 1,286.30 |
| State Tax (Work) - OH | 8.40 | 275.97 |
| City Tax - STOW | 4.80 | 246.06 |
| Colleague Taxes | 84.36 | 2,749.48 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | | 466.30 |
| Creditor Garnishment (18CVG07362) | | 1,561.56 |
| Post-Tax Deductions | 0.00 | 2,027.86 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | | 582.89 |
| Employer Paid Benefits | 0.00 | 582.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 240.00 | 12,302.50 |
| Medicare - Taxable Wages | 240.00 | 12,302.50 |
| Federal Withholding - Taxable Wages | 240.00 | 12,302.50 |
| State Tax (Work) Taxable Wages - OH | 240.00 | 12,302.50 |
| City Tax Taxable Wages - STOW | 240.00 | 12,302.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 155.64 | USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 05/12/2019 | 05/25/2019 | 05/31/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,280.00 | 0.00 | 281.00 | 300.95 | 698.05 |
| YTD | 520.43 | 13,582.50 | 0.00 | 3,030.48 | 2,328.81 | 8,223.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 600.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premiu | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 112 | 1,680.00 |
| STD 100 | 05/12/2019-05/25/2019 | 80 | 16 | 1,280.00 | 184 | 2,944.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 1,280.00 | | 13,582.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 79.36 | 842.12 |
| Medicare | 18.56 | 196.95 |
| Federal Withholding | 128.60 | 1,414.90 |
| State Tax (Work) - OH | 28.88 | 304.85 |
| City Tax - STOW | 25.60 | 271.66 |
| Colleague Taxes | 281.00 | 3,030.48 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 51.20 | 517.50 |
| Creditor Garnishment (18CVG07362) | 249.75 | 1,811.31 |
| Post-Tax Deductions | 300.95 | 2,328.81 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 64.00 | 646.89 |
| Employer Paid Benefits | 64.00 | 646.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,280.00 | 13,582.50 |
| Medicare - Taxable Wages | 1,280.00 | 13,582.50 |
| Federal Withholding - Taxable Wages | 1,280.00 | 13,582.50 |
| State Tax (Work) Taxable Wages - OH | 1,280.00 | 13,582.50 |
| City Tax Taxable Wages - STOW | 1,280.00 | 13,582.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 698.05 USD |

The Huntington National Bank 41 South High Street Columbus, OH 43215
Ashley Schramm 11590 Market Ave NE Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 04/28/2019 | 05/11/2019 | 05/17/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,664.00 | 0.00 | 377.20 | 388.26 | 898.54 |
| YTD | 520.43 | 12,062.50 | 0.00 | 2,665.12 | 2,027.86 | 7,369.52 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 360.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| STD 100 | 04/28/2019-05/11/2019 | 104 | 16 | 1,664.00 | 104 | 1,664.00 |
| Travel | | | | | 1.8 | 27.00 |
| Paid Time Off | 04/14/2019-04/22/2019 | 40 | 15 | 600.00 | | |
| Paid Time Off | 04/14/2019-04/27/2019 | -40 | 15 | -600.00 | 112 | 1,680.00 |
| Earnings | | | | 1,664.00 | | 12,062.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 103.17 | 747.88 |
| Medicare | 24.13 | 174.91 |
| Federal Withholding | 174.68 | 1,233.50 |
| State Tax (Work) - OH | 41.94 | 267.57 |
| City Tax - STOW | 33.28 | 241.26 |
| Colleague Taxes | 377.20 | 2,665.12 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 66.56 | 466.30 |
| Creditor Garnishment (18CVG07362) | 321.70 | 1,561.56 |
| Post-Tax Deductions | 388.26 | 2,027.86 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 83.20 | 582.89 |
| Employer Paid Benefits | 83.20 | 582.89 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,664.00 | 12,062.50 |
| Medicare - Taxable Wages | 1,664.00 | 12,062.50 |
| Federal Withholding - Taxable Wages | 1,664.00 | 12,062.50 |
| State Tax (Work) Taxable Wages - OH | 1,664.00 | 12,062.50 |
| City Tax Taxable Wages - STOW | 1,664.00 | 12,062.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 898.54 | USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | | 80448 | 04/14/2019 | 04/27/2019 | 05/03/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 600.00 | 0.00 | 112.76 | 76.24 | 411.00 |
| YTD | 520.43 | 10,398.50 | 0.00 | 2,287.92 | 1,639.60 | 6,470.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 360.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | 04/14/2019-04/27/2019 | 40 | 15 | 600.00 | 112 | 1,680.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 600.00 | | 10,398.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 37.20 | 644.71 |
| Medicare | 8.70 | 150.78 |
| Federal Withholding | 47.00 | 1,058.82 |
| State Tax (Work) - OH | 7.86 | 225.63 |
| City Tax - STOW | 12.00 | 207.98 |
| Colleague Taxes | 112.76 | 2,287.92 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 24.00 | 399.74 |
| Creditor Garnishment (18CVG07362) | 52.24 | 1,239.86 |
| Post-Tax Deductions | 76.24 | 1,639.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 30.00 | 499.69 |
| Employer Paid Benefits | 30.00 | 499.69 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 600.00 | 10,398.50 |
| Medicare - Taxable Wages | 600.00 | 10,398.50 |
| Federal Withholding - Taxable Wages | 600.00 | 10,398.50 |
| State Tax (Work) Taxable Wages - OH | 600.00 | 10,398.50 |
| City Tax Taxable Wages - STOW | 600.00 | 10,398.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 40 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 411.00 | USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 04/14/2019 | 04/27/2019 | 05/03/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 520.43 | 9,798.50 | 0.00 | 2,175.16 | 1,563.36 | 6,059.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 360.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 72 | 1,080.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 0.00 | | 9,798.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 607.51 |
| Medicare | 0.00 | 142.08 |
| Federal Withholding | | 1,011.82 |
| State Tax (Work) - OH | | 217.77 |
| City Tax - STOW | | 195.98 |
| Colleague Taxes | 0.00 | 2,175.16 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | | 375.74 |
| Creditor Garnishment (18CVG07362) | 0.00 | 1,187.62 |
| Post-Tax Deductions | 0.00 | 1,563.36 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | | 469.69 |
| Employer Paid Benefits | 0.00 | 469.69 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 9,798.50 |
| Medicare - Taxable Wages | 0.00 | 9,798.50 |
| Federal Withholding - Taxable Wages | 0.00 | 9,798.50 |
| State Tax (Work) Taxable Wages - OH | 0.00 | 9,798.50 |
| City Tax Taxable Wages - STOW | 0.00 | 9,798.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 40 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 0.00 | USD |

The Huntington National Bank   41 South High Street   Columbus, OH 43215
Ashley Schramm   11590 Market Ave NE   Uniontown, OH 44685

| Name | Company | | | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | | | 80448 | 03/31/2019 | 04/13/2019 | 04/19/2019 | |
| | Hours Worked | | Gross Pay | Pre-Tax Deductions | | Colleague Taxes | Post-Tax Deductions | Net Pay |
| Current | 37.33 | | 1,160.00 | 0.00 | | 251.15 | 273.61 | 635.24 |
| YTD | 520.43 | | 9,798.50 | 0.00 | | 2,175.16 | 1,563.36 | 6,059.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | 03/31/2019-04/06/2019 | 37.3333 | 15 | 560.00 | 520.4333 | 7,806.50 |
| OT_Retail Incentive Plan | | | | | 0 | 360.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premiui | | | | | 0 | 15.00 |
| Paid Time Off | 03/31/2019-04/13/2019 | 40 | 15 | 600.00 | 72 | 1,080.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 1,160.00 | | 9,798.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 71.92 | 607.51 |
| Medicare | 16.82 | 142.08 |
| Federal Withholding | 114.20 | 1,011.82 |
| State Tax (Work) - OH | 25.01 | 217.77 |
| City Tax - STOW | 23.20 | 195.98 |
| Colleague Taxes | 251.15 | 2,175.16 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 46.40 | 375.74 |
| Creditor Garnishment (18CVG07362) | 227.21 | 1,187.62 |
| Post-Tax Deductions | 273.61 | 1,563.36 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 58.00 | 469.69 |
| Employer Paid Benefits | 58.00 | 469.69 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,160.00 | 9,798.50 |
| Medicare - Taxable Wages | 1,160.00 | 9,798.50 |
| Federal Withholding - Taxable Wages | 1,160.00 | 9,798.50 |
| State Tax (Work) Taxable Wages - OH | 1,160.00 | 9,798.50 |
| City Tax Taxable Wages - STOW | 1,160.00 | 9,798.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 40 | 56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 635.24 USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  11590 Market Ave NE  Uniontown, OH 44685

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 03/31/2019 | 04/13/2019 | 04/19/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 483.10 | 8,638.50 | 0.00 | 1,924.01 | 1,289.75 | 5,424.74 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 483.1 | 7,246.50 |
| OT_Retail Incentive Plan | | | | | 0 | 360.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premiu | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 32 | 480.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 0.00 | | 8,638.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 535.59 |
| Medicare | 0.00 | 125.26 |
| Federal Withholding | | 897.62 |
| State Tax (Work) - OH | | 192.76 |
| City Tax - STOW | | 172.78 |
| Colleague Taxes | 0.00 | 1,924.01 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | | 329.34 |
| Creditor Garnishment (18CVG07362) | 0.00 | 960.41 |
| Post-Tax Deductions | 0.00 | 1,289.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | | 411.69 |
| Employer Paid Benefits | 0.00 | 411.69 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 8,638.50 |
| Medicare - Taxable Wages | 0.00 | 8,638.50 |
| Federal Withholding - Taxable Wages | 0.00 | 8,638.50 |
| State Tax (Work) Taxable Wages - OH | 0.00 | 8,638.50 |
| City Tax Taxable Wages - STOW | 0.00 | 8,638.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 40 | 56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 0.00 | USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  356 Stull Ave  Akron, OH 44312

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 03/17/2019 | 03/30/2019 | 04/05/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 415.40 | 7,503.00 | 0.00 | 1,678.95 | 1,021.72 | 4,802.33 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | | | | | 415.4 | 6,231.00 |
| OT_Retail Incentive Plan | | | | | 0 | 360.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | | | | | 24 | 360.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 0.00 | | 7,503.00 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 465.19 |
| Medicare | 0.00 | 108.79 |
| Federal Withholding | | 786.36 |
| State Tax (Work) - OH | | 168.54 |
| City Tax - STOW | | 150.07 |
| Colleague Taxes | 0.00 | 1,678.95 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | | 283.92 |
| Creditor Garnishment (18CVG07362) | 0.00 | 737.80 |
| Post-Tax Deductions | 0.00 | 1,021.72 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | | 354.91 |
| Employer Paid Benefits | 0.00 | 354.91 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 7,503.00 |
| Medicare - Taxable Wages | 0.00 | 7,503.00 |
| Federal Withholding - Taxable Wages | 0.00 | 7,503.00 |
| State Tax (Work) Taxable Wages - OH | 0.00 | 7,503.00 |
| City Tax Taxable Wages - STOW | 0.00 | 7,503.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 8 | 96 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 0.00 USD |

The Huntington National Bank  41 South High Street  Columbus, OH 43215
Ashley Schramm  356 Stull Ave  Akron, OH 44312

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ashley Schramm | The Huntington National Bank | 80448 | 03/17/2019 | 03/30/2019 | 04/05/2019 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Colleague Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 67.70 | 1,135.50 | 0.00 | 245.06 | 268.03 | 622.41 |
| YTD | 483.10 | 8,638.50 | 0.00 | 1,924.01 | 1,289.75 | 5,424.74 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | 32 | 480.00 |
| Time Entry Wages | 03/17/2019-03/23/2019 | 38.7 | 15 | 580.50 | | |
| Time Entry Wages | 03/24/2019-03/30/2019 | 29 | 15 | 435.00 | 483.1 | 7,246.50 |
| OT_Retail Incentive Plan | | | | | 0 | 360.00 |
| Overtime (1x) | | | | | 0 | 30.00 |
| Overtime - FLSA Premium | | | | | 0 | 15.00 |
| Paid Time Off | 03/17/2019-03/30/2019 | 8 | 15 | 120.00 | 32 | 480.00 |
| Travel | | | | | 1.8 | 27.00 |
| Earnings | | | | 1,135.50 | | 8,638.50 |

### Colleague Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 70.40 | 535.59 |
| Medicare | 16.47 | 125.26 |
| Federal Withholding | 111.26 | 897.62 |
| State Tax (Work) - OH | 24.22 | 192.76 |
| City Tax - STOW | 22.71 | 172.78 |
| Colleague Taxes | 245.06 | 1,924.01 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Roth | 45.42 | 329.34 |
| Creditor Garnishment (18CVG07362) | 222.61 | 960.41 |
| Post-Tax Deductions | 268.03 | 1,289.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K ER | 56.78 | 411.69 |
| Employer Paid Benefits | 56.78 | 411.69 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,135.50 | 8,638.50 |
| Medicare - Taxable Wages | 1,135.50 | 8,638.50 |
| Federal Withholding - Taxable Wages | 1,135.50 | 8,638.50 |
| State Tax (Work) Taxable Wages - OH | 1,135.50 | 8,638.50 |
| City Tax Taxable Wages - STOW | 1,135.50 | 8,638.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Attendance Recognition Day Plan | 0 | 0 | 8 |
| Bereavement Plan | 0 | 0 | 0 |
| Details Not Displayed | 0 | 8 | 96 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Huntington National Bank | ASHLEY SCHRAMM | ******6859 | | 622.41 | USD |