IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CANTON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 CASE NO. 19-61858 |
| **ASHLEY D. SCHRAMM,** | JUDGE: RUSS KENDIG |
| *Debtor.* | NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS |

Notice is hereby given that the § 341 Meeting of Creditors has been rescheduled to:

November 12, 2019, at 8:45 a.m.

*at:*

Ralph Regula U.S. Courthouse #194
401 McKinley Avenue, S.W.
Canton, Ohio 44702-1745

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Debtor*

# CERTIFICATE OF SERVICE

I certify that on October 21, 2019, a true and correct copy of the foregoing *Notice of Rescheduled § 341 Meeting of Creditors* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    The U.S. Trustee

    Trustee Anne Piero Silagy, Esq. at <asilagycourt@neo.rr.com>, <asilagy@ecf.axosfs.com>

    Rebecca J. Sremack on behalf of Debtor Ashley D. Schramm at <rebecca@sremacklaw.com>

And by regular U.S. mail, postage prepaid, upon the following:

| | |
|---|---|
| AT&T Uverse<br>208 S Akard St<br>Dallas, TX 75202 | GC Services<br>6330 Gulfton St<br>Houston, TX 77081-1108 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | IC Systems Collections<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130 | Pathology Laboratories<br>33 North Ave #101<br>Tallmadge, OH 44278 |
| Cassandra Schramm<br>148 Moore Rd<br>Akron, OH 44319 | Sam Pankonien<br>c/o Iron County Sheriff's Office<br>#2 South Sixth Street<br>Crystal Falls, MI 49920 |
| CNAC OH130<br>777 Canton Rd<br>Akron, OH 44312 | Sprint<br>6480 Sprint Pkwy<br>Overland Park, KS 66251 |
| Dominion Energy<br>120 Tredegar St<br>Richmond, VA 23219 | |

    /s/ Rebecca J. Sremack
    Rebecca J. Sremack #0092313
    *Counsel for Debtor*

2

19-61858-rk    Doc 21    FILED 10/21/19    ENTERED 10/21/19 08:51:48    Page 2 of 2