IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CANTON

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 |
| **ASHLEY SCHRAMM,** | CASE NO. 19-61858 |
| *Debtor.* | JUDGE: RUSS KENDIG |
| | MOTION TO DELAY CLOSE BY FORTY-FIVE (45) DAYS |

    Debtor Ashley Schramm, through counsel, respectfully moves this Court for an Order delaying the close of this case for forty-five (45) days from the date of this filing, until February 10, 2020. In support, the Debtor states that she anticipates filing an adversary proceeding against Creditor Cassandra Schramm, who received a preferential transfer in the form of wage garnishments in the 90 days preceding the filing of this case and has failed to return those monies to the Debtor. The Trustee did not administer an estate as those assets were exempted via the "wildcard" exemption. The debt in question has now been discharged with no objection by Creditor Cassandra Schramm.

    The Debtor wishes to explore the possibility of resolving the matter without need for litigation and accordingly, respectfully requests an additional forty-five (45) days before this case is closed so that those discussions can occur and, if unsuccessful, an adversary proceeding can be filed.

                                                                   Respectfully submitted,

                                                                   /s/ Rebecca J. Sremack
                                                                   Rebecca J. Sremack #0092313
                                                                   Sremack Law Firm LLC
                                                                   2745 S. Arlington Road
                                                                   Akron, OH 44312
                                                                   Phone: 330.644.0061
                                                                   Fax: 330.644.7241 Fax
                                                                   info@sremacklaw.com
                                                                   *Counsel for Debtor*

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a copy of the foregoing *Motion to Delay Close by Forty-Five Days* was filed electronically via this Court's ECF system and served upon all parties indicated on the electronic filing receipt, namely:

> United States Trustee (*via ECF*)
> Trustee Ann Piero Silagy, Esq. (*via* ECF)

It was also served this same date by regular U.S. mail, postage prepaid, upon the following creditors:

> Cassandra Schramm
> 148 Moore Rd.
> Akron, OH 44319
>
> IC System Collections
> PO Box 64378
> Saint Paul MN 55164-0378
>
> Sprint
> 6480 Sprint Pkwy
> Overland Park, KS 66251-6106
>
> Dominion Energy
> 120 Tredegar St
> Richmond VA 23219-4306
>
> Pathology Laboratories
> 33 North Ave #101
> Tallmadge OH 44278-1900

> Sam Pankonien
> c/o Iron Cty Sheriff's Office
> #2 South Sixth Street
> Crystal Falls MI 49920-1442
>
> GC Services
> 6330 Gulton St
> Houston TX 77081-1198
>
> Capital One Bank USA NA
> PO Box 30281
> Salt Lake City UT 84130-0281
>
> Atlas Acquisitions LLC
> 294 Union St
> Hackensack NJ 07601-4303

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Counsel for Debtor*