**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 03:51 PM January 6, 2020**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 |
| **ASHLEY SCHRAMM**, | CASE NO. 19-61858 |
| *Debtor.* | JUDGE: RUSS KENDIG |
| | **ORDER DELAYING CLOSE** |

This matter is before the Court on Debtor Ashley Schramm's Motion to Delay Close by Forty-Five (45) Days. The Court finds said Motion well-taken. Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case shall remain open until at least February 10, 2020.

**IT IS SO ORDERED.**

### ###

Submitted and approved by,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 S. Arlington Road
Akron, OH 44312
Phone: 330.644.0061

Fax: 330.644.7241 Fax
info@sremacklaw.com
*Counsel for Debtor*

cc:     Trustee Anne Piero Silagy, Esq.
        United States Trustee